## CAFFEE v. THE STATE.

(Decided May 14, 1915.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## CARNES v. FIRST AVE., C. & L. CO.

(Decided April 21, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. C. NESMITH.

No counsel marked for appellant. HORACE C. WIL-KINSON, for appellee.

Per curiam. Affirmed on certificate.

---

## CHAPPELL v. THE STATE.

(Decided April 9, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General for the State.

WALKER, P. J.—Affirmed on the record.

---

## DAVIS v. HARRIS.

(Decided June 3, 1914.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

P. F. WHARTON, and MERRILL & WALKER, for appellant. CHARLES F. DOUGLASS, for appellee.

Per curiam. Affirmed on certificate.